

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-14-00875-CV

**IN THE MATTER OF S.O.W.,**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1994-JUV-2115
Honorable Paul Andrew Mireles, Judge Presiding

## O R D E R

For the same reasons stated in this court's memorandum opinion issued November 4, 2015, the appellant's "Motion for Relief, and to Set-Aside the Judgment of the 144th Judicial District Court as Void for Lack of Jurisdiction in Juvenile Cause 94-JUV-2115 Pursuant to Fed. R. Civ. P. 60(B)(4); and T.R.A.P. 43.2(d)" is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court